Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OUTLOOK WEST I CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>      Plaintiff,<br><br> v.<br><br>RLI INSURANCE COMPANY, an Illinois company,<br><br>      Defendant. | No. 2:21-cv-00412 BJR<br><br>**STIPULATED ORDER FOR DISMISSAL OF DEFENDANT RLI INSURANCE COMPANY** |

## **STIPULATION**

Plaintiff Outlook West I Condominium Association and Defendant RLI Insurance Company have settled all claims against RLI Insurance Company related to this action. Pursuant to the settlement RLI Insurance Company should be dismissed with prejudice and without any award of costs or attorneys' fees. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, and without any awards of costs or attorneys' fees.

//

STIPULATED ORDER OF DISMISSAL
- 1

DATED: October 5, 2023.

By *s/ Daniel Houser*
Daniel Houser, WSBA 32327
Houser Law, PLLC
Attorneys for Plaintiff
1325 4th Avenue, Suite 1650
Seattle WA  98101
206.962.5810 – Phone
dan@dhouserlaw.com


By: s/   Curtis C. Isacke
Curtis C. Isacke, WSBA No. 49303
McNAUL EBEL NAWROT &
HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington  98101-3143
Telephone:  (206) 467-1816
cisacke@mcnaul.com

By: s/Michael D. Prough,
Admitted Pro Hac Vice
By: s/ Dean D. Burnick,
Admitted Pro Hac Vice
PROUGH LAW, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
Telephone: (925) 433-5894
mdp@proughlaw.com
dcb@proughlaw.com

Attorneys for Defendant RLI Insurance Co.

**STIPULATED ORDER OF DISMISSAL**
- 2

## ORDER

BASED UPON THE FOREGOING STIPULATION BETWEEN THE PARTIES, THE COURT HEREBY DISMISSES THIS ACTION WITH PREJUDICE AND WITHOUT ANY AWARDS OF COSTS OR ATTORNEYS' FEES.

IT IS SO ORDERED.

Dated: October 5, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge